IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CR. NO. 2:06cr130-WKW |
| | : [18 USC 1341] |
| LINDA WADE DUNN | : |
| | : INFORMATION |

The United States Attorney charges:

## COUNT 1

1. At all times relevant to this Information,

    a. Therapeutic Programs, Inc. ("TPI") was a corporation based in Montgomery, Alabama, which provided services to emotionally challenged foster children.

    b. TPI employed the defendant LINDA WADE DUNN as its bookkeeper.

2. From in or about June 1999 through in or about February 2004, in the Middle District of Alabama, and elsewhere, the defendant

### LINDA WADE DUNN

did devise and intend to devise a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, which scheme and artifice is described below.

3. DUNN caused TPI checks to be issued and made payable to herself and to an entity she controlled. DUNN would then cause these checks to be deposited into accounts she controlled, and DUNN used the funds, a total of approximately $3,005,533.10 to which she was not entitled, for her own benefit.

4. DUNN concealed her scheme and enabled it to continue by creating computer entries in TPI's bookkeeping system that made it appear that the checks described in paragraph 3 had been issued to legitimate vendors and creditors of TPI.

5. DUNN concealed her scheme and enabled it to continue by receiving and taking from the mail on a monthly basis the TPI bank statements, which, if examined by TPI, would have showed that the actual payees of the checks did not match the payees that DUNN had entered on the TPI computer system.

6  In or about June 2002, in the Middle District of Alabama, and elsewhere, for the purpose of executing the above-described scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, and attempting to do so, the defendant

LINDA WADE DUNN

did take and receive a matter and thing that had been delivered by the Postal Service, that is, a bank statement that had been mailed to TPI in Montgomery, Alabama.

All in violation of Title 18, United States Code, Section 1341.

LEURA G. CANARY
United States Attorney

Andrew O. Schiff
Assistant United States Attorney