MIDDLE DISTRICT OF ALABAMA          COURT REPORTER:   Mitchell Reisner

❑ARRAIGNMENT          ❑CHANGE OF PLEA          X CONSENT PLEA

❑RULE 44(c) HEARING          ❑SENTENCING

---

**PRESIDING MAG. JUDGE:** *Vanzetta Penn McPherson*          **DEPUTY CLERK:** *WANDA ROBINSON*

**CASE NUMBER:** *2:06cr130-WKW*          **DEFENDANT NAME:** *Linda Wade Dunn*

**AUSA:** *Andrew O. Schiff*          **DEFENDANT ATTY:** *Christine A. Freeman*

Type Counsel:     ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  (X) CDO

**USPO:**    Dwayne Spurlock

**De fendant** _____ **does** _____x_____ **does NOT need and interpreter.**

**Interpreter present?** _____x_____NO _____YES     **Name:** _____

---

X — This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

**X —** WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**     ❑ Not Guilty                    ❑Nol Contendere

❑Not Guilty by reason of insanity

xGuilty as to:

XCount(s)_____1_____ of the Felony Information.

❑Count(s) _____ ❑ dismissed on oral motion of USA;

❑ to be dismissed at sentencing

**x— ORAL ORDER ADJUDICATING GUILT as to COUNT 1**

X— Written plea agreement filed. ❑ **OPEN/ORAL** Plea Agreement. ❑ **ORDERED SEALED.** ❑ No Plea

Agreement entered

— _____ Days to file pretrial motions. ❑ _____ Trial date or term.

x — **ORDER:** Defendant Continued under ❑ same bond ; x Released on Bond & Conditions of Release

❑ summons; for:

❑ Trial on _____; ❑ Sentencing on _____ ❑_____Bond ❑ to be set by Separate Order

— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❑ Posting a $_____ Bond;

❑ Trial on _____; or ❑ Sentencing on_____ ❑ set by separate Order.

Rule 44 Hearing: ❑ Waiver of Conflict of Interest Form executed. ❑ Detention requests time to secure new counsel.