# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

LINDA WADE DUNN

**WAIVER OF INDICTMENT**

CASE NUMBER: *2:06cr 130-WKW*

I, __Linda Wade Dunn__, the above named defendant, who is accused of

VIOLATIONS OF TITLE 18 USC § 1341,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on __6-19-06__ prosecution by indictment and consent that the

Date

proceeding may be by information rather than by indictment.

_Linda Wade Dunn_
Defendant

_Christina A___
Counsel for Defendant

Before _Vanzetta Penn McPherson_
Judicial Officer