IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO: 2:06-cr-130-WKW |
| ) | |
| LINDA WADE DUNN ) | |

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

**COMES NOW** the Defendant, Linda Wade Dunn, by and through undersigned counsel, Christine A. Freeman, and files this Motion to Modify Conditions of Pretrial Release, to temporarily permit her travel outside the Middle District of Alabama, from August 31 through September 6, 2006.

In support of this Motion, Defendant would show the following:

1. Ms. Dunn has made plans to travel to Orange Beach, Alabama, to vacation with her family from August 31, 2006 through September 4, 2006.

2. Ms. Dunn's pretrial supervisor, United States Probation Officer, Kevin Poole, has no opposition to this requested modification.

3. The Government's counsel, Deputy Chief of the Criminal Division, Andrew O. Schiff, Esq., has no opposition to this requested modification.

WHEREFORE, defendant prays that this Motion be granted.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Linda Dunn

        Federal Defenders
        Middle District of Alabama
        201 Monroe Street, Suite 407
        Montgomery, AL 36104
        TEL:  (334) 834-2099
        FAX:  (334) 834-0353
        E-Mail: Christine_Freeman@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Andrew O. Schiff, Esquire
    Deputy Chief, Criminal Division
    Office of the United States Attorney
    One Court Square, Suite 201
    Montgomery, Alabama 36104

        Respectfully submitted,

        **s/Christine A. Freeman**
        **CHRISTINE A. FREEMAN**
        **TN BAR NO.: 11892**
        Attorney for Linda Dunn
        Federal Defenders
        Middle District of Alabama
        201 Monroe Street, Suite 407
        Montgomery, AL 36104
        TEL:  (334) 834-2099
        FAX:  (334) 834-0353
        E-Mail: Christine_Freeman@fd.org