IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06CR130-WKW |
| | ) | [WO] |
| LINDA WADE DUNN | ) | |

## ORDER

For good cause, it is

ORDERED that the defendant's Unopposed Motion to Modify Conditions of Pretrial Release, filed on 7 August 2006 (Doc. # 13), is GRANTED.

DONE this 9th day of August, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE