IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.  2:06-cr-130-WKW |
| | ) | |
| LINDA WADE DUNN | ) | |

## **ORDER**

For good cause it is,

ORDERED that the sentencing of the defendant is hereby RESCHEDULED from **October 6, 2006** at 9:00 a.m. to **December 14, 2006** at 9:00 a.m. in Courtroom 2E, United States Courthouse, One Church Street, Montgomery, Alabama.

DONE this 29th day of September, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE