**MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. KEITH WATKINS JUDGE                                    AT MONTGOMERY, ALABAMA

DATE COMMENCED   DECEMBER 14, 2006                          AT 9:00 A.M./P.M.

DATE COMPLETED   DECEMBER 14, 2006                          AT 9:20 A.M./P.M.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Cr. No.  2:06cr130-WKW |
| vs. | ) | |
| | ) | |
| LINDA WADE DUNN | ) | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Andrew Schiff | X | Atty. Christine Freeman |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Ann Roy | Angela Reitler | Mitchell Reisner |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

COURTROOM PROCEEDINGS:

**SENTENCING**

9:00 a.m.    Court convened; sentencing hearing commenced.  Terms of plea agreement stated on the record.  Government and defendant's objections to the PSR - 2002 statutory penalty; sidebar (on the record) re guideline variances; Objections sustained; Court accepts plea agreement. Sentence imposed.
9:20 a.m.    Hearing concluded.