AO 245B    (Rev. 06/05) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page __2__ of __6__

DEFENDANT: LINDA WADE DUNN
CASE NUMBER: 2:06cr130-WKW

RECEIVED
2007 FEB 12 P 3:35

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

41 Months

X The court makes the following recommendations to the Bureau of Prisons:

The Court requests that defendant be incarcerated at a location as close as possible to Elmore County, Alabama

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

X before 2 p.m. on    February 8, 2007    .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

RETURNED AND FILED
FEB 14 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  v/s  2/5/07  to  FCC Coleman Camp
at  Coleman, FL  , with a certified copy of this judgment.

Carlyle I Holder Warden
UNITED STATES MARSHAL

By  Jan Edel, ISO
DEPUTY UNITED STATES MARSHAL